**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1443**

JEROME DIXON,

                    Plaintiff – Appellant,

          v.

AUDREY HAZELWOOD; CHANDRA JOHNSON; JOHN HAZELWOOD,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.   (3:11-cv-00080-REP)

Submitted:  September 19, 2011      Decided:  October 19, 2011

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerome Dixon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Dixon appeals the district court's order dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dixon v. Hazelwood, No. 3:11-cv-00080-REP (E.D. Va. Feb. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2